IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LINWOOD CHRISTIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:15CV449–HEH |
| | ) |
| CITY OF PETERSBURG and | ) |
| W. HOWARD MYERS, | ) |
| | ) |
| Defendants. | ) |

## FINAL ORDER

THIS MATTER is before the Court on a Stipulation of Dismissal (ECF No. 25) filed by parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE. The Court, however, shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement, if necessary.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: Nov. 23 2015
Richmond, VA